IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHARLES MICHAEL DINGLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:12-cv-2963-WMA |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On January 14, 2014, the magistrate judge filed his report and recommendation in the above-styled case, recommending that the decision of the Commissioner be affirmed and the plaintiff's complaint be dismissed with prejudice.

Although no timely objections to the report and recommendation have been filed, the court has now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation. The Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the decision of the Commissioner is AFFIRMED and the complaint is DISMISSED WITH PREJUDICE.

DONE this 3rd day of February, 2014.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE